82 F.3d 406
 Arthur P. Pierce
v.
Philadelphia Housing Authority Board of Commissioners and
Their Agents and Successors in Office, Elton Jolly, Former
Special Master Philadelphia Housing Authority, Grace
Whitney, Former Associate Special Master, Michael A.
Smerconish, Former Regional Administrator U.S. Department of
Housing and Urban Development, Henry Cisneros, Secretary,
U.S. Department of Housing and Urban Development
 NO. 95-1734
 United States Court of Appeals,
Third Circuit.
 Mar 28, 1996
 
 Appeal From: E.D.Pa., No. 94-cv-04180,
 Kelly, J.
 
 
 1
 AFFIRMED.